No. 59367.— M. Pressner & Co. *v.* United States, protest 229405–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

No. 59368.—Kung Chen Fur Corp. *v.* United States, protests 909740–G, 94297–K, and 21626–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.* .

No. 59369.—Baeff & Vesely, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 233652–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

No. 59370.—L. E. McCullough & Company *v.* United States, protest 148801–K (St. Louis).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of zinc alloy ingots similar in all material respects to those the subject of Abstract 58106, the claim of the plaintiff was sustained.